JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| PAUL KEEVER, an individual,<br><br>      Plaintiff,<br><br>  vs.<br><br>JUNG YUAN CHIU aka EDDIE CHIU, an individual; HUI LING CHIU aka OLIVIA CHIU, an individual; WINTERACTIVE CORPORATION, a California corporation; JWY INVESTMENT INCORPORATED, a California corporation; EBOVE ASSOCIATES INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>      Defendants. | Case No. 8:13-cv-00661-AG-RNB<br><br>**ORDER DISMISSING CASE PURSUANT TO STIPULATION**<br><br>Assigned to the<br>Hon. Andrew J. Guilford<br><br>Courtroom No.: 10D<br><br>Action filed: April 25, 2013 |

    WHEREAS, pursuant to the Stipulation of Dismissal Pursuant to Settlement dated July 26, 2013, Plaintiff Paul Keever, an individual and Defendants JUNG YUAN CHIU aka EDDIE CHIU, an individual; HUI LING CHIU aka OLIVIA CHIU, an individual; WINTERACTIVE CORPORATION, a California corporation; JWY INVESTMENT INCORPORATED, a dissolved California corporation; and EBOVE ASSOCIATES INC., a California corporation (hereafter collectively "Defendants"), by and through their respective attorneys: (i) agree that this case has been settled and that all issues and controversies have been resolved

to their mutual satisfaction; (ii) stipulate to dismissal with prejudice of the complaint in this action pursuant to Fed. R. Civ. P. 41(a), and subject to the terms and conditions of the parties' Settlement Agreement and Mutual Release of Claims entered into on July 26, 2013 (the "Settlement Agreement"); and (iii) request that this Court retain jurisdiction to enforce the terms of the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Company*, 511 U.S. 375, 381-82 (1994);

THEREFORE, IT IS HEREBY ORDERED:

1. The parties shall comply with the terms of their Settlement Agreement entered into on July 26, 2013.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed with prejudice. Each party shall bear its or her own attorneys' fees and costs.

Dated: <u>September 06, 2013</u>

UNITED STATES DISTRICT COURT JUDGE
ANDREW J GUILFORD